IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ELWOOD BLANTON                                                                                      PLAINTIFF

VS.                                                            CIVIL ACTION NO.: 3:21-cv-17-HTW-LGI

CRACKER BARREL OLD COUNTRY
STORE, INC.                                                                                         DEFENDANT

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the joint *ore tenus* motion of the parties for an agreed final judgment dismissing this action with prejudice in its entirety, with each party to bear its own costs and attorneys' fees. The Court, having been fully advised as to all premises, finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that this civil action be, and the same hereby is, fully and finally dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

SO ORDERED, this the 30th day of June, 2022.

                                                         s/ HENRY T. WINGATE
                                                         HENRY T. WINGATE
                                                         UNITED STATES DISTRICT COURT JUDGE

AGREED TO BY:

*/s/ Philip E. Carby*
Philip E. Carby
E. Hyde Carby
*Attorney for Plaintiff Elwood Blanton*

*/s/ James J. Crongeyer, Jr.*
James J. Crongeyer, Jr.
Briana A. O'Neil
*Attorney for Defendant Cracker Barrel Old Country Store, Inc.*